Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lisa C. Stanley

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LISA C. STANLEY, | Case No.: 5:15-cv-01631-AGR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: February 8, 2016

*alicia G. Rosenberg*
_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1  DATE: February 2, 2016         Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING

3                              BY: /s/ *Denise Bourgeois Haley*
                                   _____
4                                  Denise Bourgeois Haley
                                   Attorney for plaintiff Lisa C. Stanley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 5:15-CV-01631-VAP-AGR**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 2, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____

-3-